# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Mehta, Amit P. | US District Court for the District of Columbia | 06/13/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active US District Court Judge | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

US District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | Zuckerman Spaeder LLP |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mehta, Amit P. | 06/13/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | South Asian Bar Association of North America | May 13, 2016 | Houston, TX | Panel | Travel and hotel |
| 2. | Global Competition Review | June 7, 2016 | New York, NY | Panel | Travel and hotel |
| 3. | NACDL | August 13, 2016 | West Palm Beach, FL | Swearing in of new president | Travel and hotel |
| 4. | Harvard South Asian Law Student Association | October 21, 2016 | Cambridge, MA | Speaking engagement | Travel |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | ACS | Student Loan | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mehta, Amit P. | 06/13/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Citibank Accounts | A | Interest | M | T | | | | | |
| 2. BNY Mellon Accounts | A | Interest | K | T | | | | | |
| 3. | | | | | | | | | |
| 4. 401(k) #1 (H) | | | | | | | | | |
| 5. - American Funds Growth Fund of America | D | Dividend | N | T | Buy (add'l) | 01/21/16 | J | | |
| 6. | | | | | Buy (add'l) | 01/29/16 | J | | |
| 7. | | | | | Buy (add'l) | 02/11/16 | J | | |
| 8. | | | | | Buy (add'l) | 03/01/16 | J | | |
| 9. | | | | | Buy (add'l) | 03/15/16 | J | | |
| 10. | | | | | Buy (add'l) | 03/31/16 | J | | |
| 11. | | | | | Buy (add'l) | 04/15/16 | J | | |
| 12. | | | | | Buy (add'l) | 04/19/16 | J | | |
| 13. | | | | | Buy (add'l) | 04/29/16 | J | | |
| 14. | | | | | Buy (add'l) | 05/13/16 | J | | |
| 15. | | | | | Buy (add'l) | 05/31/16 | J | | |
| 16. | | | | | Buy (add'l) | 06/15/16 | J | | |
| 17. | | | | | Buy (add'l) | 06/30/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mehta, Amit P. | 06/13/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 07/15/16 | J | | |
| 19. | | | | | Buy (add'l) | 07/29/16 | J | | |
| 20. | | | | | Buy (add'l) | 08/15/16 | J | | |
| 21. | | | | | Buy (add'l) | 08/31/16 | J | | |
| 22. | | | | | Buy (add'l) | 09/15/16 | J | | |
| 23. | | | | | Buy (add'l) | 09/30/16 | J | | |
| 24. | | | | | Buy (add'l) | 10/14/16 | J | | |
| 25. | | | | | Buy (add'l) | 10/31/16 | J | | |
| 26. | | | | | Buy (add'l) | 11/15/16 | J | | |
| 27. | | | | | Buy (add'l) | 11/30/16 | J | | |
| 28. | | | | | Buy (add'l) | 12/15/16 | J | | |
| 29. | | | | | Buy (add'l) | 12/30/16 | J | | |
| 30. - American Funds New Perspective Fund | D | Dividend | N | T | Buy (add'l) | 01/21/16 | J | | |
| 31. | | | | | Buy (add'l) | 01/29/16 | J | | |
| 32. | | | | | Buy (add'l) | 02/11/16 | J | | |
| 33. | | | | | Buy (add'l) | 03/01/16 | J | | |
| 34. | | | | | Buy (add'l) | 03/15/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mehta, Amit P. | 06/13/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 03/31/16 | J | | |
| 36. | | | | | Buy (add'l) | 04/15/16 | J | | |
| 37. | | | | | Buy (add'l) | 04/19/16 | J | | |
| 38. | | | | | Buy (add'l) | 04/29/16 | J | | |
| 39. | | | | | Buy (add'l) | 05/13/16 | J | | |
| 40. | | | | | Buy (add'l) | 05/31/16 | J | | |
| 41. | | | | | Buy (add'l) | 06/15/16 | J | | |
| 42. | | | | | Buy (add'l) | 06/30/16 | J | | |
| 43. | | | | | Buy (add'l) | 07/15/16 | J | | |
| 44. | | | | | Buy (add'l) | 07/29/16 | J | | |
| 45. | | | | | Buy (add'l) | 08/15/16 | J | | |
| 46. | | | | | Buy (add'l) | 08/31/16 | J | | |
| 47. | | | | | Buy (add'l) | 09/15/16 | J | | |
| 48. | | | | | Buy (add'l) | 09/30/16 | J | | |
| 49. | | | | | Buy (add'l) | 10/14/16 | J | | |
| 50. | | | | | Buy (add'l) | 10/31/16 | J | | |
| 51. | | | | | Buy (add'l) | 11/15/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mehta, Amit P. | 06/13/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 11/30/16 | J | | |
| 53. | | | | | Buy (add'l) | 12/15/16 | J | | |
| 54. | | | | | Buy (add'l) | 12/30/16 | J | | |
| 55. - American Funds Washington Mutual Investors Fund | D | Dividend | N | T | Buy (add'l) | 01/21/16 | J | | |
| 56. | | | | | Buy (add'l) | 01/29/16 | J | | |
| 57. | | | | | Buy (add'l) | 02/11/16 | J | | |
| 58. | | | | | Buy (add'l) | 03/01/16 | J | | |
| 59. | | | | | Buy (add'l) | 03/15/16 | J | | |
| 60. | | | | | Buy (add'l) | 03/31/16 | J | | |
| 61. | | | | | Buy (add'l) | 04/15/16 | J | | |
| 62. | | | | | Buy (add'l) | 04/19/16 | J | | |
| 63. | | | | | Buy (add'l) | 04/29/16 | J | | |
| 64. | | | | | Buy (add'l) | 05/13/16 | J | | |
| 65. | | | | | Buy (add'l) | 05/31/16 | J | | |
| 66. | | | | | Buy (add'l) | 06/15/16 | J | | |
| 67. | | | | | Buy (add'l) | 06/30/16 | J | | |
| 68. | | | | | Buy (add'l) | 07/15/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mehta, Amit P. | 06/13/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 07/29/16 | J | | |
| 70. | | | | | Buy (add'l) | 08/15/16 | J | | |
| 71. | | | | | Buy (add'l) | 08/31/16 | J | | |
| 72. | | | | | Buy (add'l) | 09/15/16 | J | | |
| 73. | | | | | Buy (add'l) | 09/30/16 | J | | |
| 74. | | | | | Buy (add'l) | 10/14/16 | J | | |
| 75. | | | | | Buy (add'l) | 10/31/16 | J | | |
| 76. | | | | | Buy (add'l) | 11/15/16 | J | | |
| 77. | | | | | Buy (add'l) | 11/30/16 | J | | |
| 78. | | | | | Buy (add'l) | 12/15/16 | J | | |
| 79. | | | | | Buy (add'l) | 12/30/16 | J | | |
| 80. DC 529 Accounts (H) | | | | | | | | | |
| 81. Calvert Balanced Portfolio | A | Dividend | K | T | | | | | |
| 82. DC College Savings Plan Age 0-5 | A | Dividend | L | T | | | | | |
| 83. DC College Savings Plan Age 6-10 | A | Dividend | M | T | | | | | |
| 84. | | | | | | | | | |
| 85. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mehta, Amit P. | 06/13/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. IRA #1 (H) | | | | | | | | | |
| 87. - Pershing Government Account | A | Interest | K | | | | | | |
| 88. | | | | | | | | | |
| 89. - Select Sector SPDR TR Consumer | A | Dividend | | | Sold | 03/24/16 | K | A | |
| 90. - EGA Emerging Global Shares TR EGshares | A | Dividend | | | Sold | 03/24/16 | K | | |
| 91. - Select Sector SPDR TR Health Care | A | Dividend | | | Sold | 03/24/16 | K | | |
| 92. - Ishares TR MSCI EAFE ETF | A | Dividend | | | Sold | 03/24/16 | L | | |
| 93. - Ishares TR IBoxx USD Invt Grade Corp Bond | A | Dividend | K | T | Sold (part) | 03/24/16 | J | A | |
| 94. | | | | | Buy (add'l) | 05/03/16 | K | | |
| 95. | | | | | Buy (add'l) | 10/20/16 | J | | |
| 96. - Ishares TR Tips Bond ETF | A | Dividend | K | T | Buy (add'l) | 03/24/16 | J | | |
| 97. | | | | | Buy (add'l) | 05/03/16 | J | | |
| 98. - Ishares 3-7 Year Treasure Bond ETF | A | Dividend | | | Sold | 03/24/16 | K | A | |
| 99. - Isharees TR MBS ETF | A | Dividend | | | Sold | 03/24/16 | K | | |
| 100. - Ishares Inc Core MSCI Emerging Mkts ETF | A | Dividend | | | Sold (part) | 03/24/16 | J | | |
| 101. | | | | | Buy (add'l) | 10/20/16 | K | | |
| 102. | | | | | Sold | 11/10/16 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mehta, Amit P. | 06/13/2017 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Market Vectors Emrg Mkts Local Currency Debt ETF | A | Dividend | | | Sold | 03/24/16 | J | | |
| 104. - Materials Select Sector SPDR Fund | A | Dividend | | | Sold | 03/24/16 | J | | |
| 105. - Powershares Global Exchange Traded FD TR | A | Dividend | | | Sold | 03/24/16 | J | | |
| 106. - Powershares Preferred Portfolio | A | Dividend | | | Sold | 03/24/16 | J | A | |
| 107. - Sector SPDR Consumers Staples | A | Dividend | | | Sold | 03/24/16 | J | A | |
| 108. - Sector SPDR Energy | A | Dividend | | | Sold | 03/24/16 | K | | |
| 109. - Sector SPDR Industrial | A | Dividend | | | Sold | 03/24/16 | K | | |
| 110. - Sector SPDR Utilities | A | Dividend | | | Sold | 03/24/16 | J | A | |
| 111. - SPDR Barclays High Yield Bond ETF | A | Dividend | | | Sold | 03/24/16 | J | | |
| 112. - Vangaurd World FDS Vanguard Financials ETF | A | Dividend | | | Sold | 03/24/16 | K | | |
| 113. - Vanguard World FDS Vangaurd Information Technology ETF | A | Dividend | | | Sold | 03/24/16 | K | A | |
| 114. - Vanguard Worlds FDS Vangaaurd Telecomm Srvcs ETV | A | Dividend | | | Sold | 03/24/16 | J | | |
| 115. - Vanguard BD Index FD Inc Intermediate Term Bond ETF | A | Dividend | | | Sold | 03/24/16 | K | | |
| 116. - Vanguard BD Index FD Inc Short Term Bond | A | Dividend | | | Sold | 03/24/16 | K | A | |
| 117. - iShares Short Maturity Bond | A | Dividend | K | T | Buy | 03/24/16 | K | | |
| 118. - iShares Currency Hedged MSCI EAFE | A | Dividend | K | T | Buy | 03/24/16 | K | | |
| 119. | | | | | Buy (add'l) | 05/03/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mehta, Amit P. | 06/13/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 10/20/16 | J | | |
| 121.  - iShares 7-10 Year Treasury Bond | A | Dividend | K | T | Buy | 03/24/16 | K | | |
| 122. | | | | | Sold (part) | 05/03/16 | J | | |
| 123. | | | | | Buy (add'l) | 10/20/16 | J | | |
| 124.  - iShares JPMorgan USD Emerg Markets Bond | A | Dividend | K | T | Buy | 03/24/16 | K | | |
| 125. | | | | | Buy (add'l) | 05/03/16 | J | | |
| 126. | | | | | Buy (add'l) | 10/20/16 | J | | |
| 127.  - iShares Core S&P Mid-Cap | A | Dividend | K | T | Buy | 03/24/16 | K | | |
| 128. | | | | | Buy (add'l) | 05/03/16 | J | | |
| 129. | | | | | Buy (add'l) | 10/20/16 | K | | |
| 130.  - iShares Edge MSCI USA Momentum Factor | A | Dividend | K | T | Buy | 03/24/16 | K | | |
| 131. | | | | | Buy (add'l) | 05/03/16 | J | | |
| 132.  - iShares Intermediate Credit Bond | A | Dividend | L | T | Buy | 03/24/16 | L | | |
| 133. | | | | | Buy (add'l) | 05/03/16 | J | | |
| 134. | | | | | Buy (add'l) | 10/20/16 | J | | |
| 135.  - iShares S&P 500 Growth | A | Dividend | L | T | Buy | 03/24/16 | L | | |
| 136. | | | | | Buy (add'l) | 05/03/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mehta, Amit P. | 06/13/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 11/10/16 | J | | |
| 138. | | | | | Buy (add'l) | 10/20/16 | J | | |
| 139.   - iShares S&P 500 Value | B | Dividend | M | T | Buy | 03/24/16 | L | | |
| 140. | | | | | Buy (add'l) | 05/03/16 | J | | |
| 141. | | | | | Buy (add'l) | 10/10/16 | K | | |
| 142.   - iShares Edge MSCI Min Vol USA | A | Dividend | K | T | Buy | 03/24/16 | K | | |
| 143.   - iShares Core MSCI EAFE | B | Dividend | K | T | Buy | 03/24/16 | K | | |
| 144. | | | | | Buy (add'l) | 05/03/16 | J | | |
| 145. | | | | | Buy (add'l) | 10/20/16 | J | | |
| 146.   - iShares 20 Plus Year Treasury Bond ETF | A | | | | Buy | 03/24/16 | J | | |
| 147. | | | | | Sold (part) | 05/03/16 | J | | |
| 148. | | | | | Sold | 10/20/16 | J | | |
| 149.   - iShares 10+ Year Credit Bond | A | | | | Buy | 03/24/16 | J | | |
| 150. | | | | | Buy (add'l) | 05/03/16 | J | | |
| 151. | | | | | Sold | 10/20/16 | K | | |
| 152.   - iShares Short Maturity Bond | A | | | | Buy | 03/24/16 | K | | |
| 153. | | | | | Buy (add'l) | 05/03/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mehta, Amit P. | 06/13/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold | 10/20/16 | K | | |
| 155.   - iShres Edge MSCI Min Vol Emerging Markets | A | | | | Buy | 03/24/16 | K | | |
| 156. | | | | | Buy (add'l) | 05/03/16 | J | | |
| 157. | | | | | Sold | 10/20/16 | K | | |
| 158. | | | | | | | | | |
| 159. | | | | | | | | | |
| 160. | | | | | | | | | |
| 161. | | | | | | | | | |
| 162. | | | | | | | | | |
| 163. | | | | | | | | | |
| 164. | | | | | | | | | |
| 165. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mehta, Amit P. | 06/13/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

\

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Amit P. Mehta**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544